# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UDEME EDOHO-EKET, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-00893 |
| | ) CHIEF JUDGE CRENSHAW |
| WAYFAIR.COM and WAYFAIR, LLC, | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 18), recommending the Court grant Defendants' Motion to Dismiss (Doc. No. 6). Plaintiff filed timely objections (Doc. No. 19), to which Defendants responded (Doc. No. 20). The Court has conducted a de novo review of the record. Plaintiff does not address the Magistrate Judge's findings that there is no private right of action under BRIA or the Federal Trade Commission Act, so the Court adopts the dismissal of those as unopposed. And although she believes that if her name were not African she would still be permitted to shop at Defendants' online stores (Doc. No. 19 at 2), she still does not plead with sufficient certainty a race discrimination claim (Doc. No. 18 at 8-10). The Court agrees fully with the Magistrate Judge's reasoning and recommendation, and as such, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED**. As the Magistrate Judge already gave Plaintiff the opportunity to amend the Complaint (Doc. No. 13), the Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE